HOMERO A. GONZALEZ, ESQ.
Nevada Bar No. 15231
**PACIFIC WEST INJURY LAW**
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
Phone: (702) 602-4878
Fax: (702) 665-5627
Homero@PacificWestInjury.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFFORD GOINS individually, ARMIDA GOINS, individually, JOSHUA GOINS, a minor by and through his parent CLIFFORD GOINS,<br><br>Plaintiffs,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation dba SMITH'S FOOD AND DRUG; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive.<br><br>Defendants | CASE NO.: 2:26-cv-01541 |

**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY (SECOND REQUEST)**

Plaintiffs ARMIDA GOINS and JOSHUA GOINS, by and through their attorney of record, HOMERO A. GONZALEZ, ESQ. of the law firm PACIFIC WEST INJURY LAW FIRM; Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney of record, JERRY S. BUSBY, ESQ. of COOPER LEVESNON, P.A.; and hereby stipulate, pursuant to Local Rule 26-1(b) **the current discovery deadlines be extended by sixty (60) days**.

**I.**

**DISCOVERY COMPLETED TO DATE**

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. Plaintiff has produced her Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

3. Defendant has produced its Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

4. Plaintiff propounded Discovery Requests to Defendant.

5. Defendant answered to Plaintiffs' Discovery Requests .

6. Defendant propounded Discovery Requests to Plaintiffs.

7. Plaintiffs answered to Defendant's Discovery Requests.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Plaintiffs' Depositions

3. Deposition of Defendant 30(b)(6) witness(es).

4. Deposition(s) of Plaintiff's treating physicians.

5. Deposition of other percipient witnesses.

6. Rebuttal expert disclosures.

7. Depositions of experts.

8. Additional written discovery (if necessary).

9. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties respectfully request a sixty (60) day extension of the remaining discovery deadlines to allow sufficient time to complete necessary medical evaluations and expert discovery. Plaintiff Armida Goins has recently received approval to undergo a bronchoscopy to further evaluate her pulmonary condition. The procedure is anticipated to take place in the coming weeks. The results of this procedure may be material to Plaintiff's claimed injuries, medical prognosis, and the opinions of the parties' retained experts.

The current deadline for initial expert disclosures is November 16, 2026, which is less than twenty-one (21) days away. Given the anticipated timing of Plaintiff's bronchoscopy, the parties will

not have sufficient time to obtain and review the resulting medical records, evaluate the findings, and incorporate any relevant information into their expert reports before the existing deadline.

Accordingly, good cause exists under Federal Rule of Civil Procedure 16(b)(4) to extend the remaining discovery deadlines by sixty (60) days to allow Plaintiff to complete the necessary medical procedure and provide the parties' experts with sufficient time to review the findings and prepare comprehensive reports.

The requested extension is made in good faith, is not sought for purposes of delay, and is intended to facilitate the fair and complete development of the medical and expert evidence in this matter.

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | Closed | **Closed** |
| Initial Expert Disclosures | November 16, 2026 | **January 15, 2027** |
| All Rebuttal Expert Disclosures | December 15, 2026 | **February 15, 2027** |
| Discovery Cut-Off Date | January 15, 2027 | **March 16, 2027** |
| Dispositive Motions | February 15, 2027 | **April 16, 2027** |

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

DATED this 6th day of November, 2026.

**PACIFIC WEST INJURY LAW**

*/s/ Homero A. Gonzalez*
HOMERO A. GONZALEZ, ESQ.
Nevada Bar No. 15231, Suite 200
Las Vegas, Nevada 89113
*Attorneys for Plaintiffs*

DATED this 6th day of November, 2026.

**COOPER LEVENSON, P.A.**

*/s/ Leo T. Hendges*
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
LEO T. HENDGES, ESQ.
Nevada Bar NO. 16034
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 9, 2026